JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANDON GRAVES,<br><br>Petitioner,<br>v.<br><br>JOHN F. SALAZAR, Warden,<br><br>Respondent. | Case No. EDCV 10-2013-DMG (OP)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 29, 2011

*[signature]*
DOLLY M. GEE
United States District Judge